74 A.3d 118

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Michael L. HOWARD, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 28, 2013.

***ORDER***

PER CURIAM.

**AND NOW,** this 28th day of August, 2013, the Petition for Allowance of Appeal and Application for Extension of Time and Leave to File New Brief (with Request to Proceed Pro Se) are **DENIED.**